IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN SHAW aka JOHN HSIA,

    Petitioner,

  v.

TIM PEREZ, Acting Warden,

    Respondent.

No. C 13-1739 CW (PR)

JUDGMENT

For the reasons stated in the Court's Order granting Respondent's motion to dismiss the petition as untimely and as procedurally defaulted, judgment is hereby entered in favor of Respondent.  Each party shall bear his own costs.

The Clerk of the Court shall close the file.

IT IS SO ORDERED.

Dated: 1/16/2014

CLAUDIA WILKEN
United States District Judge