IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SHAW aka JOHN HSIA, | No. C 13-1739 CW (PR) |
|       Petitioner, | ORDER DECLINING TO RELATE CASES PURSUANT TO CIVIL LOCAL RULE 3-12 |
|  v. | |
| TIM PEREZ, Acting Warden, | |
|       Respondent. | |

====================================/

| | |
|---|---|
| JOHN SHAW aka JOHN HSIA, | No. C 13-2532 NC (PR) |
|       Plaintiff, | |
|  v. | |
| CORRECTIONAL OFFICER CHANG, | |
|       Defendant. | |

====================================/

    Defendant Chang has filed a motion to consider whether these cases should be related pursuant to civil local rule 3-12. (docket no. 23).  The Court declines to relate the cases.


Dated: 2/11/2014

CLAUDIA WILKEN
United States District Judge

United States District Court
For the Northern District of California